**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**



Civil Action No. 05-cv-01513-OES

C. ELI-JAH HAKEEM MUHAMMAD, a.k.a. CHRISTOPHER MITCHELL,

   Plaintiff,

v.

ADX STEP-DOWN UNIT SCREENING COMMITTEE, et al.,

   Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

   The matter before the Court is Plaintiff's "Motion to Consolidate/Coordinate or Joinder of Parties," filed with the Court on August 24, 2005.  The Motion is DENIED.

Dated:  September 1, 2005

Copies of this Minute Order mailed on September 1, 2005, to the following:

C. Elijah Hakeem Muhammad
a/k/a Chirstopher Mitchell
Reg. No. 02791-088
ADX – Florence
PO Box 8500
Florence, CO 81226

_____
Secretary/Deputy Clerk