IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 16 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01513-WYD-BNB

C. ELI-JAH HAKEEM MUHAMMAD, a.k.a CHRISTOPHER MITCHELL,

  Plaintiff,

v.

J. SHATRELL (A.W. of P.), ADX-Step-Down Unit Screening Committee,
M. CRUZ (A.W. of O.), ADX-Step-Down Unit Screening Committee,
M. CHURCH (Captain), ADX-Step-Down Unit Screening Committee, and
M. COLLINS (Unit Manager), ADX-Step-Down Unit Screening Committee,

  Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: 11/9/05

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-01513-WYD-BNB

C. Elijah Hakeem Muhammad
a/k/a Christopher Mitchell
Reg. No. 02791-088
ADX – Florence
PO Box 8500
Florence, CO 81226

J. Shatrell, M. Cruz,
M. Church, and M. Collins – WAIVER*
c/o Christopher B. Synsvoll
Attorney Advisor
PO Box 8500
Florence, CO 81226

United States Attorney
District of Colorado
HAND DELIVERED

United States Attorney General  - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Christopher B. Synsvoll for process of service on J. Shatrell, M. Cruz, M. Church, and M. Collins and to the United States Attorney's Office and The United States Attorney General : 3RD AMENDED COMPLAINT FILED 10/17/05, SUMMONS, WAIVER*, AND CONSENT FORM on 11/16/05      .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk