IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01513-WYD-BNB

C. ELI-JAH HAKEEM MUHAMMAD, a/k/a CHRISTOPHER MITCHELL,

    Plaintiff,

v.

HARVEY CHURCH,
MARK COLLINS,
MAUREEN CRUZ, and
JOHN SHARTEL,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Plaintiff's Notice of Dismissal of Case Without Prejudice [Docket #85], filed on February 13, 2007.  The Notice seeks a dismissal of the case without prejudice and will be treated as a Motion.  On February 15, 2007, Defendants filed a Notice indicating that they did not oppose Plaintiff's Notice of Dismissal.  After a careful review of the Notice of Dismissal and the file, I conclude that the Notice of Dismissal should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Notice of Dismissal without Prejudice is **APPROVED** and this matter is **DISMISSED WITHOUT PREJUDICE**, with the parties to pay their own attorney fees and costs.

Dated:  February 15, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge